# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMES EARL WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07-CV-80 CAS |
| UNITED STATES TREASURY DEPARTMENT, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. This case was removed from state court by the Government on January 18, 2007. The Government filed a motion to dismiss for failure to state a claim and for lack of jurisdiction on February 15, 2007. Since this case was removed from state court, plaintiff has filed at least fourteen various memoranda and motions, all of which are incoherent, incomprehensible, and irrelevant.

To prevent additional wasting of resources by the Court and Court personnel, the Court will order plaintiff to respond to defendants' motion to dismiss within the time allowed by the Federal Rules of Civil Procedure. Additionally, plaintiff shall not file any other documents with the Court until the Court orders otherwise. If plaintiff fails to comply with this order, this case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall respond to defendants' motion to dismiss within the time allowed by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that plaintiff shall not file any other documents with the Court until the Court orders otherwise.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the dismissal of this action without prejudice. See Fed. R. Civ. P. 41(b).

　　　　　　　　　　　　　　　　　　　　_/s/ Charles A. Shaw_
　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of February, 2007.