**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMES EARL WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07-CV-80 CAS |
| ) | |
| UNITED STATES TREASURY ) | |
| DEPARTMENT, UNITED STATES ) | |
| SECRET SERVICE, and UNITED ) | |
| STATES CONTRACTORS, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

                                                                                    _____
                                                                                    **CHARLES A. SHAW
                                                                                    UNITED STATES DISTRICT JUDGE**

Dated this  7th  day of March, 2007.